FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SOPHAN POK,<br><br>  Petitioner,<br><br>  v.<br><br>TONY HEDGPETH, Warden,<br><br>  Respondent. | Case No. CV 07-3111-SGL (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendation of the United States Magistrate Judge and orders that Respondent's Motion to Dismiss be denied.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order on all parties.

Dated: 1-14-08

_____
Stephen G. Larson
United States District Judge