**Entered/JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOPHAN POK, ) | Case No. CV 07-3111-SGL (MLG) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| TONY HEDGPETH, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: September 16, 2008

_____
Stephen G. Larson
United States District Judge